TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00019-CR

Samuel Parsons, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT

NO. 0974712, HONORABLE LARRY FULLER, JUDGE PRESIDING

Appellant's motion to dismiss this appeal is granted. See Tex. R. App. P. 42.2(a). 
The appeal is dismissed.

 

 Mack Kidd, Justice

Before Justices Powers, Aboussie and Kidd

Dismissed on Appellant's Motion

Filed: September 11, 1998

Do Not Publish